IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02315-RPM-BNB

HIGHLINE CAPITAL CORP., a Delaware corporation,

Plaintiff,

v.

SCHARMS VENTURES, LLC, d/b/a FIGARO'S PIZZA, a dissolved North Dakota limited liability company,
EDWARD SCHALL,
BETTY SCHALL,
DANNY SCHALL, and
SHERI SCHALL

Defendants.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Vacate Rule 16(b) Scheduling Conference** [docket no. 15, filed December 17, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for January 7, 2009, and all dates connected to that hearing are **VACATED**.


DATED: December 18, 2008