IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 08-cv-02315-RPM-BNB | Date: February 20, 2009 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| HIGHLINE CAPITAL CORPORATION,<br>a Delaware corporation | Harvey Kramer |

      Plaintiff(s),

v.

SCHARMS VENTURES, LLC,
c/b/a/ DIGARO'S PIZZA,
a dissolved North Dakota limited liability company,
EDWARD SCHALL,
BETTY SCHALL,
DANNY SCHALL, and
SHERI SCHALL,

      Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Direct exam of Larry Lorenzen by Mr. Kramer.

Exhibits attached.

**ORDERED:** Motion for entry of default judgment against Betty Schall pursuant to Fed.R.Civ.P. 55(b) filed 1/9/09 (Doc.18) is taken under advisement. The court will file a recommendation.

**ORDERED:** **Motion for entry of default judgment against Edward Schall pursuant to Fed.R.Civ.P. 55(b) filed 1/9/09 (Doc. 19) is taken under advisement. The court will file a recommendation.**

**ORDERED:** **Motion for entry of default judgment against Scharms Ventures, LLC, d/b/a/ Figaro's Pizza pursuant to Fed.R.Civ.P. 55(b) filed 1/9/09 (Doc.20) is taken under advisement. The court will file a recommendation.**

**ORDERED:** **Verified motion for entry of default judgment against Danny Schall pursuant to Fed.R.Civ.P 55(b) filed 2/20/09 (Doc. 26) is taken under advisement. The court will file a recommendation.**

**ORDERED:** **Verified motion for entry of default judgment against Sheri Schall pursuant to Fed.R.Civ.P 55(b) filed 2/20/09 (Doc. 27) is taken under advisement. The court will file a recommendation.**

Court in Recess    1:55 p.m.    Hearing concluded.    Total time in Court:   00:25

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.