IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02315-RPM-BNB

HIGHLINE CAPITAL CORP.,

    Plaintiff,

v.

SCHARMS VENTURES, LLC, d/b/a FIGARO'S PIZZA,
EDWARD SCHALL,
BETTY SCHALL,
DANNY SCHALL, and
SHERI SCHALL,

    Defendants.

---

ORDER FOR ENTRY OF FINAL JUDGMENT

---

Upon consideration of the Recommendation of United States Magistrate Judge Boyd N. Boland, filed February 26, 2009, and the supporting papers for the plaintiff's motions for default judgment, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

ORDERED that judgment shall enter for the plaintiff Highline Capital Corp. to recover from the defendants, Scharms Ventures, LLC, d/b/a FIGARO'S PIZZA, a dissolved North Dakota limited liability company, Edward Schall, Betty Schall, Danny Schall, and Sheri Schall, jointly and severally, the amount of $238,310.55 with costs to be taxed.

Dated: March 23rd, 2009

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior District Judge